# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALBERT A. GRAYER

VERSUS

DEPARTMENT OF PUBLIC SAFETY
AND CORRECTION

NO.  2025 CW 1163

**JANUARY 23, 2026**

---

In Re:    Albert A. Grayer, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          752897.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**    After the date of filing of this writ
application, the district court issued an order on November 12,
2025 ordering a supplement to the record and setting a hearing.
Accordingly, this matter is proceeding toward disposition.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT